## Minnesota Department of Natural Resources
500 Lafayette Road • St. Paul, MN • 55155-4046



January 14, 2013

THOMAS EARL WHIGHAM

Dear Mr. Whigham:

The Minnesota Department of Natural Resources (DNR) takes seriously its responsibility to protect the private data to which it has access. Because of this, I write to notify you that a DNR employee engaged in unauthorized viewing of private data from your driving and/or motor vehicle records. The employee is no longer employed by the DNR. The records contain information such as your full name, date of birth, driver's license number, address, license status, and license photo. At this time we have no indication that your data was disclosed to others, sold, or used inappropriately.

In compliance with the Minnesota Government Data Practices Act, we have reported this breach to the three consumer credit reporting agencies. While we believe the risk to you to be minimal, you might wish to take the precaution of monitoring your personal credit. Under federal law, you have the right to request and receive a free copy of your credit report every 12 months from each of the three credit reporting agencies. The report will show who has recently received information about your credit history. You may request a free report online at www.annualcreditreport.com or by telephone at 1-877-322-8228.

The DNR deeply regrets this situation and apologizes for any inconvenience or concern this may cause you. We also want to assure you that steps have been taken to prevent this from happening again. If you have any further questions please leave a message at 651-259-5309 or email infosecurity.dnr@state.mn.us, and you will receive a prompt response.

Sincerely,

Sheila Deyo
Data Practices Compliance Officer

**EXHIBIT 1**

